(July 22, 1954.)

■

(Republished.)

ANTHONY KOMAR, Respondent, v. DUN & BRADSTREET CO., INC., et al., Appellants, et al., Defendant. DUN & BRADSTREET CO., INC., et al., Third-Party Plaintiffs-Appellants, v. A. GREENE CO., INC., Third-Party Defendant-Respondent.— Judgment modified by reversing that part thereof which grants judgment in favor of plaintiff against defendants, with costs, and the complaint dismissed,

with costs and, as so modified, affirmed. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. Opinion by Callahan, J. Breitel and Bastow, JJ., dissent and vote to reverse and order a new trial unless plaintiff stipulates to reduce the verdict to $60,000 in which event the judgment, as so modified, is affirmed; dissenting opinion by Bastow, J. Order filed. [Also printed *ante,* p. 538.— REP.]